# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**AYDIN AGHDASHLOO,**

    **Plaintiff,**

                **Case No. 2:22-cv-4425**
    v.              **Judge James L. Graham**
                **Magistrate Judge Elizabeth P. Deavers**

**MOHSEN PARVARESH MOHSENI,**

    **Defendant.**

## REPORT AND RECOMMENDATION

This case was filed on December 19, 2022. (ECF No. 1.) On March 27, 2023, the Court ordered Plaintiff to show cause within fourteen (14) days why the Court should not dismiss this action pursuant to Federal Rule of Civil Procedure 4(m). (ECF No. 3.)

To date, however, Plaintiff has failed to respond to the Court's Show Cause Order, and service of process still has not been completed on Defendant as required by Federal Rule of Civil Procedure 4(m). It is therefore **RECOMMENDED** that the Court **DISMISS** this action without prejudice pursuant to Rule 4(m) for failure to timely effect service of process.

## PROCEDURE ON OBJECTIONS

If any party seeks review by the District Judge of this Report and Recommendation, that party may, within fourteen (14) days, file and serve on all parties objections to the Report and Recommendation, specifically designating this Report and Recommendation, and the part in question, as well as the basis for objection. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy. Fed. R. Civ. P. 72(b).

The parties are specifically advised that the failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review of by the District Judge and waiver of the right to appeal the judgment of the District Court.  Even when timely objections are filed, appellate review of issues not raised in those objections is waived.  *Robert v. Tesson*, 507 F.3d 981, 994 (6th Cir. 2007) ("[A] general objection to a magistrate judge's report, which fails to specify the issues of contention, does not suffice to preserve an issue for appeal . . . ." (citation omitted)).

**Date: April 24, 2023**                                       /s/ *Elizabeth A. Preston Deavers*
                                                                              **ELIZABETH A. PRESTON DEAVERS**
                                                                              **UNITED STATES MAGISTRATE JUDGE**