# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Aydin Aghdashloo,

    Plaintiff,                      Case No. 2:22-cv-4425
                                                 Judge James L. Graham
    v.                                Magistrate Judge Deavers

Mohsen Parvaresh Mohseni,

    Defendant.

## Order

This matter is before the Court on the Magistrate Judge's Report and Recommendation, finding that plaintiff has failed to timely effect service of process under Fed. R. Civ. P. 4(m). No objections to the Report and Recommendation have been filed.

Accordingly, the Report and Recommendation (Doc. 4) is hereby adopted, and this action is dismissed without prejudice for failure to timely effect service of process.

                                                               s/ James L. Graham
                                                               JAMES L. GRAHAM
                                                               United States District Judge

DATE: May 11, 2023